No. 12-13315-BB

In the
# United States Court of Appeals for the Eleventh Circuit

UNITED STATES OF AMERICA,
*Plaintiff-Appellant,*

v.

JAMAR MOORE,
*Defendant-Appellee*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
NO. 8:12-CR-53-T- 24MAP

## UNITED STATES' MOTION FOR STAY OF APPELLATE PROCEEDINGS PENDING AUTHORIZATION OF APPEAL AND ESTABLISHMENT OF NEW DUE DATE

ROBERT E. O'NEILL
United States Attorney

DAVID P. RHODES
Assistant United States Attorney
Chief, Appellate Division
Florida Bar No. 438741
400 N. Tampa St., Ste. 3200
Tampa, FL 33602
(813) 274-6000
david.rhodes@usdoj.gov

August 1, 2012

*United States v. Jamar Moore*
No. 12-13315-BB

## Certificate of Interested Persons and Corporate Disclosure Statement

The following persons have an interest in the outcome of this case:

1. Bucklew, Honorable Susan C., United States District Judge;
2. Fernandez, Daniel J., Esquire;
3. Hansen, Donald L., Assistant United States Attorney;
4. Moore, Jamar, defendant-appellee;
5. O'Neill, Robert E., United States Attorney;
6. Pizzo, Honorable Mark A., United States Magistrate Judge; and
7. Rhodes, David P., Assistant United States Attorney, Chief, Appellate Division.

# In the United States Court of Appeals for the Eleventh Circuit

---

UNITED STATES OF AMERICA,
*Plaintiff-Appellant*,

v. No. 12-13315-BB

JAMAR MOORE,
*Defendant-Appellee*

---

## United States' Motion for Stay of Appellate Proceedings Pending the Solicitor General's Decision Whether to Authorize Appeal

The United States respectfully moves (1) to stay this appeal pending the Solicitor General of the United States's decision whether this government appeal should proceed and (2) to establish a new due date for the United States' brief of 30 days after any authorization:

1. The district court entered an order granting Jamar Moore's motion to suppress evidence on May 21, 2012, Doc. 35. That order is appealable by the United States. *See* 18 U.S.C. § 3731. On June 19, 2012, the United States filed a notice of appeal. Doc. 40. The appeal cannot proceed further, however, without authorization by the Solicitor General, which the United States Attorney has not yet obtained. The requested stay is necessary to allow the Solicitor General to determine whether the United States may further prosecute this appeal.

2. The Solicitor General determines whether, and to what extent, appeals will be taken by the Government. 28 C.F.R. § 0.20(b); *United States Attorneys' Manual* §§ 2-2.121, 2-2.311, 2-2.600, 9-2.170A. The United States Attorney must report each adverse, appealable decision to the responsible component of the Department of Justice in Washington, D.C., and must recommend whether to appeal. *Id.* §§ 2-2.110, 2.2.111, 2-2.112, 9-2.170B and D. That component then must prepare its own recommendation. *Id.* § 9-2.170F; *see id.* § 2-3.110. Attorneys in the Office of the Solicitor General also make a recommendation, and the Solicitor General then determines whether to authorize the appeal. 28 C.F.R. § 0.20(b); *United States Attorneys' Manual* §§ 2-2.121, 2-2.311, 2-2.600, 9-2.170A. This process is intended to ensure that the United States pursues only relatively important and meritorious appeals.

3. The United States Attorney immediately reported the adverse decision and his recommendation, as required.

4. The United States will immediately notify this Court of the Solicitor General's decision; if the appeal is not authorized, we will move to dismiss this appeal.

Therefore, the United States requests that this Court (1) stay this appeal pending the Solicitor General's decision whether this appeal should proceed and (2) establish a new due date for the United States' brief of 30 days after authorization, if this appeal is authorized.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By: *s/ David P. Rhodes*
DAVID P. RHODES
Assistant United States Attorney
Chief, Appellate Division
Florida Bar No. 438741
400 N. Tampa St., Ste. 3200
Tampa, FL 33602
(813) 274-6000
david.rhodes@usdoj.gov

## Certificate of Service

I certify that a copy of this motion and the notice of electronic filing was sent by United States mail on August 1, 2012, to:

DANIEL J. FERNANDEZ
FERNANDEZ & HERNANDEZ
777 S. Harbour Island Blvd., Ste. 255
Tampa, FL 33602-4153

*Counsel for Jamar Moore*

*s/ David P. Rhodes*
DAVID P. RHODES
Assistant United States Attorney